FILED

09/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0173

_____

KELLI JONES, f/k/a KELLI PARKER,

     Petitioner and Appellee,

    v.                                 O R D E R

KEVIN PARKER and STACY SNAVELEY,

     Respondent and Appellant.

_____

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing Appellant's opening brief filed electronically on September 1, 2022, this Court has determined that the brief does not comply with the below-referenced Rule(s) and must be resubmitted.

M. R. App. P. 12(1)(a) requires that a brief contain a table of cases, statutes, and other authorities cited, with references to the pages of the brief where they are cited, alphabetically arranged. Appellant's opening brief contains a table of cases, but it is not alphabetically arranged.

M. R. App. P. 12(1)(d) requires a statement of the facts relevant to the issues presented, with references to the pages or parts of the record at which material facts appear. Appellant's opening brief does not contain any citations to the record.

M. R. App. P. 12(1)(g) requires that a brief contain citations to the authorities, statutes, and pages of the record relied on in the argument. Appellant's brief does not cite to the record or provide sufficient legal authority for the arguments made therein. Therefore,

IT IS ORDERED that Appellant's opening brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order, the Appellant shall electronically file with the Clerk of this Court a revised brief

containing the revisions necessary to comply with the specified Rule(s) and shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order and necessary to bring it within compliance may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing provided for in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 2nd day of September, 2022.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
September 2 2022